UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KAREN DE LA FUENTE, | ) | CASE NO. CV 14-1112 AGR |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the Commissioner of Social Security Administration.

DATED: November 21, 2014

ALICIA G. ROSENBERG
United States Magistrate Judge